AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| SAMUEL BEJARANO COLIN | ) | |
| | ) | 1:25-mj-00264-DKG |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or between the date(s) of ____June 2025 and September 2025____ in the county of ____Canyon____ in the

_____ District of ____Idaho____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1955 | Prohibition of Illegal Gambling Business |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent, Jake Sheridan, Federal Bureau of Investigations

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jacob Sheridan
*Printed name and title*

Subscribed and sworn to me via zoom.

Date: ____10/15/2025____

_____
*Judge's signature*

City and state: ____Boise, Idaho____

Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jacob Brian Sheridan, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18 of the United States Code. I have been employed by the FBI since August 1, 2021. I have received five months of training in criminal investigations and related legal matters at the FBI Training Academy in Quantico, Virginia. In my time as a Special Agent, I have gained experience in conducting investigations into federal criminal activity in the subject areas of violent crime, public corruption, white collar crime, and organized crime, to include drug trafficking, firearm violations, and illegal gambling. Furthermore, I have used investigative techniques including but not limited to electronic surveillance, physical surveillance, witness interviews, informant and undercover operations, and federal arrest and search warrants. Many of these investigations have been joint operations between federal and local agencies.

2.     I make this affidavit in support of criminal complaint to arrest and charge Samuel BEJARANO Colin for violation of 18 U.S.C. § 1955 (illegal gambling).

3.     The statements contained in this affidavit are based, in part, on information I have obtained during investigative activities. The statements are also based on law enforcement database searches, as well as my experience, training and background as a special agent with the FBI. Because this affidavit is submitted for the limited purpose of securing authorization for the requested criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

## STATUTORY AUTHORITY

4.      As noted above, this investigation concerns violations of 18 U.S.C. § 1955 (illegal

gambling). Title 18, United States Code, Section 1955 proscribes the prohibition of

an illegal gambling business:

   a.   The defendant conducted, financed, managed, supervised, directed or owned all or part of

   a gambling business; and

   b.   that such gambling business violated the laws of the state(s) in which it was conducted;

   and

   c.   involved five or more persons who conducted, financed, managed, supervised, directed or

   owned all or part of said illegal gambling business; and

   d.   has been or remained in substantially continuous operation for more than 30 days, or had

   a gross revenue of $2,000 or more on any single day.

## PROBABLE CAUSE

### *Background*

5.      In February 2025, Special Agents of FBI Boise received a tip from a private citizen concerning a

horse racetrack in Wilder, Idaho. The reporting party informed Agents that gambling was occurring

at these horse races and that Ivan Tellez owned the property in Wilder, Idaho. During the

investigation, Agents learned Tellez ran a horse track on the property called La Catedral Arena. La

Catedral Arena is one of three registered businesses on Tellez's property. Based on the investigation

to date, investigators believe the following people are involved in the illegal gambling business

operating at La Catedral Arena:

   a.   Samuel BEJARANO – is the bookmaker and administrator of the illegal gambling

   operation;

b. Ivan Tellez - owner of the property facilitating the illegal gambling operation at La Catedral Arena (horse races occur), administer of the operation, horse owner and "committee" member;

c. Dayana Fajardo - assists in taking wagers and paying/collecting the proceeds of the illegal gambling on race day;

d. Two backpack couriers[1] - take wages on race day prior to each race
- Courier 1 – Cesar Iniguez Orozco
- Courier 2 – Alejandro Torres Estrada; and

e. Horse owners - providing the horses used to race and managing decision making authority over race organization and dates, number of betting pools, and race entry requirements. BEJARANO and Tellez refer to the horse owners as "the committee." As further discussed below there are between six to eleven horse owners involved in the "committee" and the illegal gambling business.

6.    Around the same time, a Confidential Human Source (Hereafter CHS-1) informed Agents that horse races were being held in both Emmett and Wilder, Idaho. CHS-1 is cooperating with the FBI out of a desire to assist law enforcement in investigating some individuals the CHS-1 believes be a danger to the local community. CHS-1 is not currently pending any state or federal criminal charges. No offers or promises have been made to the CHS-1, and the CHS-1 is currently not receiving monetary compensation from the FBI. The CHS-1 has minimal criminal history, which includes convictions for petty theft and driving without a license. CHS-1 does not have any felony convictions.

7.    CHS-1 informed Agents that Tellez was organizing the races at La Catedral Arena, and that people were placing bets on the races. The type of gambling occurring at La Catedral Arena is called parimutuel betting. Parimutuel betting is a form of gambling often used in horse racing. In parimutuel betting, bets of a similar type are pooled together with the potential for larger payouts

---

[1] Couriers were both identified via driver's license photos, recorded undercover (UC) footage, vehicle registrations, and UC observations during previous races.

and the ability to bet on multiple aspects of a sporting event rather than just picking the winner of an event.

8.    Tellez has a conditional use permit from Canyon County to hold horse racing events at La Catedral Arena. Agents have confirmed through the Idaho State Racing Commission, that Tellez has never applied for a license to conduct parimutuel betting (a form of gambling) at La Catedral Arena. Furthermore, Tellez's event permit application includes a letter from the Idaho Racing Commission which specifically prohibits parimutuel betting activities during any event held at La Catedral Arena. Therefore, all parimutuel betting occurring at La Catedral Arena is illegal under Idaho law,[2] and as a result, federal law.

9.    In late August 2025, an undercover (UC) went to a horse race at La Catedral Arena. At the horse racing event there were betting couriers (Orozco and Estrada) wearing backpacks and walking around the crowd at the horse races. Individuals would flag down the couriers and place cash in the backpacks.

10.    In late September 2025, a second UC operation revealed the same backpack courier activity at the horse racing event. Furthermore, video footage captured hand-to-hand exchanges between individuals carrying backpacks (Orozco and Estrada) and race attendees. Video footage captured by the UC also showed BEJARANO, and his wife Dayana Fajardo, taking wagers from the UC on horse races, and either paying out winnings (BEJARANO) or collecting losses (Fajardo) from the UC.

*Samuel BEJARANO*

11.    Based on information provided by the Department of Homeland Security, Samuel BEJARANO date of birth (March 17, 1988) is a Mexican citizen who is here in the

---

[2] Article III of the Idaho Constitution generally prohibits gambling. Idaho Const. art. III, § 20. One exception is pari-mutuel betting if conducted in conformity with enabling legislation. "Parimutuel" is "any system whereby wagers with respect to the outcome of a race are placed with, or in, a wagering pool conducted by a person licensed or otherwise permitted to do so under state law, and in which the participants are wagering with each other and not against the operator." *See* Idaho Code (I.C.) § 54-2502(8). To conduct parimutuel betting, a license must be obtained by the Idaho State Racing Commission. *See* I.C. § 54-2512. Furthermore, I.C. § 18-3802 prohibits unlicensed gambling in the State of Idaho.

United States undocumented with no legal authority to reside, work or live within the

United States. BEJARANO is married to Dayana Fajardo-Juarez (Mexican citizen).

BEJARANO's known address is 904 Oak Ave, APT 44, Nyssa, Oregon 97913. He is

known to use cellular telephone number (541) 709-4340.



*Facebook Account of BEJARANO*

12.    FBI Boise personnel were able to locate the Facebook account of BEJARANO. BEJARANO has posted

publicly on Facebook almost monthly, regarding the illegal gambling operation taking place at the horse races

held at La Catedral Arena. On June 19, 2025, the following photo was publicly posted to BEJARANO's

Facebook account:



13.     The above notebook sheet appears to be a betting bracket with $100 betting increments. The word

"Cuadra," as used above, is the Spanish word for "stable" or "a string of horses." Following this

post, an account labeled "Juan Del Tejocote" requested "2 lajuna" which likely refers to two wagers

on the stable "Cuadra La Laguna."[3]

14.     On June 25, 2025, BEJARANO posted the following:



15.     In the lower right corner of the betting sheet posted, appears two $100 wagers on Cuadra La Laguna

for an individual with the name "Tejocote." This shows that BEJARANO has granted Juan Del

Tejocote's earlier request for two wagers to be placed on Cuadra La Laguna for an upcoming horse

race. Furthermore, the sheet is filled out with the names of other gamblers who have placed wagers

on the horse race, with wagers ranging from $1,000 to $2,000.

16.     At the top of the banner on the left, the location of the race is titled, "La Catedral Training Center."

As previously mentioned, La Catedral Arena, LLC. is a business registered to Tellez and the known

name of the horse racetrack operated on his property in Wilder, Idaho. Tellez has never submitted an

application to be licensed by the Idaho State Racing Commission to conduct parimutuel betting at La

---

[3] It is believed that the names listed below the word "Cuadra" in each line are the names of the horse racing teams.

Catedral Arena. Therefore, all gambling taking place at horse races held at La Catedral Arena is illegal under state law, and subsequently federal law.

17.    There is a key word used in the June 25, 2025, Facebook post that indicates the poster is specifically talking about gambling on horse races. The word "Quiniela" is a Spanish/English (English spelling "Quinella") word that only refers to a specific type of wager that can be placed on horse races under the parimutuel system of betting.[4] A quiniela wager is when a gambler bets on which horses will finish first and second in a race, or possibly which stables will place first and second over the course of a racing meet.

18.    Subpoenaed financial records show that BEJARANO is receiving gambling wagers for the horse races via electronic money services, such as Venmo and Zelle, which are linked to his checking account with Idaho Central Credit Union. Current subpoenaed records for both Zelle, Venmo, and Cash App show approximately 36 transactions that investigators believe, for the following reasons, to be wagers for horse racing. First, the dates of the transactions are spread throughout the horse racing seasons (May to October) of 2023, 2024, and 2025, with the most recent being July 27, 2025. Second, these transactions were identified and filtered out from the rest of the account transactions by filtering for any notes or memos containing the word "Quiniela" or a spelling variation of it. The resulting 36 transactions containing "Quiniela" total approximately $17,000 in wagers on horse races. Investigators believe this amount is a fraction of the amount of illegal wagers that BEJARANO's gambling operation has facilitated over the last two years. Additionally, these 36 transactions are a small sample from the large volume of transactions conducted through BEJARANO's financial accounts from 2023 to 2025. Further, based on law enforcement investigation, it does not appear that BEJARANO has any lawful employment.

*Search Warrant return with Facebook messages of BEJARANO*

19.    On September 17, 2025, the Honorable Debora K. Grasham signed a federal search warrant

---

[4] Quinella/Quiniela and it's definition can be found in Encyclopedia Brittanica and many other open-source databases which discuss the parimutuel betting system.

for the contents of BEJARANO's Facebook account. *See* 1:25-mj-00238-DKG, ECF 4.

Upon return of the search warrant for BEJARANO's Facebook account, investigators

located messages where BEJARANO is engaged in discussions related to, and accepting bets

on, future horse races. For example, BEJARANO frequently posts updated betting brackets

in his Facebook messages to bettors, such as the July 2025 betting brackets for all four race

heats below:





20.    A July 2025 message thread obtained from BEJARANO's Facebook account, which took

place from July 14 through July 27, details a conversation between BEJARANO, Tellez, and

eleven horse owners who regularly compete in the races at La Catedral Arena. These

individuals are referred to by Tellez and BEJARANO as the "committee." Based on the

content of the conversation, it is evident that Tellez and these 11 horse owners, with

BEJARANO, are responsible for deciding the dates that races are held, what horses can

compete, what horse owners can run their horses at La Catedral Arena, what horses run in

what heats, the cost to owners to compete, the minimum wager required for owners, how many betting pools BEJARANO will create for each race, and a host of other operational aspects of the races. The below excerpts from that conversation have been translated by Spanish-speaking law enforcement officers from the original Spanish message into English.

    a.   On July 14, 2025, BEJARANO wrote: "Cuadra el hermano dice que el se sale del maturity quiere su depósito de $2000 Por que el dice que está cumplido con las reglas Pero que si no quieren dejarlo jugar quiere su depósito y que $3000 por qué ya invirtió en su caballo. Así que la decisión de no dejarlo jugar fue de todas en este caso yo como organizador y para no tener problema ocupo llegar a una solución hoy mismo."

        •  *In English: "el Hermano stable said wanted to remove his deposit of $2000 from the Maturity because he said that he has fulfilled the rules and that if yall don't want to let him race he wants his deposit and the $3000 that he already invested on his horse. Since the decision to not let him race was from everyone (in this chat), in this case I, as the organizer and to not have problems in the future, want to find a solution today".*

    b.   Julio Almazan (Facebook: 100008025340472) replied, "😂 🤭 "

    c.   BEJARANO responded, "Entonces que se salga ? Pasó la puerta a otra cuadra ? Oh que se quede así!!

        •  *In English, "So what do i do? Let another stable in? Or just leave it be!!*

    d.   Letty Loya Hurtado (Facebook: 100002228572552) replied, "En mi opinión las reglas son para todos, se habló muy claro y no es justo que a él se le regrese el dinero cuando ya está adentro y sabía los requisitos y al devolverle el depósito a él se están cambiando las reglas y van a empezar los problemas yo no estoy de acuerdo haber las otras cuadras que dicen".

        •  *In English, "In my opinion the rules are for everyone, it was spoken very clearly and its not right that the money is returned to him when its already*

*here and he knew the requirements and the return of the deposit to him it is*

*changing the rules and that will create problems I am not in agreement lets*

*see what the other stables say".*

e.  Letty Loya Hurtado (Facebook: 100002228572552) then wrote: "Como dice la película
    ya no hay devoluciones".

    • *In English: "like the movies says no returns".*

f.  BEJARANO (Facebook: 100095006866641) responded: "Aquí está el mismo mensaje
    que les mandé a todos cuadras locales / con caballos locales A todos les mandé el mismo
    mensaje"

    • *In English, "Here is the same message that I sent to all the local stables with*
      *horses I sent the same message to all".*

g.  Julio Almazan (Facebook: 100008025340472) wrote: "Estoy de acuerdo con mi paisana
    Letty...".

    • *In English, "I am in agreement with my friend Letty…".*

h.  Letty Loya Hurtado (Facebook: 100002228572552) replied: "Y está muy bien así todos
    coludos".

    • *In English, "and its very good that all collude".*

i.  BEJARANO (Facebook: 100095006866641) wrote: "Ese mensaje se los mandé a todos
    en cuanto me pedían la puerta y yo les confirmaba dejándoles saber las reglas a todos"

    • *In English, "This message I sent to all when they asked for entry and I*
      *confirmed all the rules with them".*

j.  Ruben Estrada (Facebook: 100005608538178) wrote: "Pues lo justo es que no se le
    regrese nada pero el está asiendolo como que nosotros lo estamos votando fuera yo por
    mi que se salga y así nos vamos! Solo trata de que se respete cuando me los dos
    mil (edited)".

> • *In English, "Well the fair thing is that nothing is returned but he is making it*
> *as if we voted him out I think that he should be out! Just that the two thousand*
> *should be respected".*

[This conversation continues with others weighing in. Below is another part of this conversation regarding bets placed by the horse owners.]

k.  On July 15, 2025, Ruben Estrada messaged, "Mil en los 3 trials mios sam please".

> • *In English, "Thousand on my 3 trails sam please".*

l.  BEJARANO replied, "Adentro $1000 Estrada hit 4 (checkmark emoji)".

> • In *English, "$1000 down Estrada heat 4"*

m.  BEJARANO then stated, "Ya es tercia de $1000 hit 4 Doble m/ melena Alacran Villanueva Estrada suerte (checkmark emoji)".

> • *In English, "It's already a third of $1000 hit 4 Double m/ malena Alacran*
> *Villanueva Estrada luck (checkmark emoji)".*

n.  BEJARANO said, "Adentro $2000 Estrada hit 2 (checkmark emoji)".

> • *In English, "$2000 down Estrada heat 2 (checkmark emoji)".*

o.  BEJARANO then stated, "Adentro $2000 Estrada hit # 3 (checkmark emoji)".

> • In *English, "$2000 down Estrada heat # 3".*

p.  BEJARANO stated, "Adentro $2000 Estrada hit # 4 (checkmark emoji)".

> • In *English, "$2000 down Estrada heat # 4 (checkmark emoji)".*

q.  On July 17, 2025 BEJARANO (Facebook: 100095006866641) wrote, "Quien guste más quinielas mándeme mensaje o comente aquí y les voy dejando saber cómo van muchas gracias 🔊 @everyone"

> • *In English, "Who would like more Quinielas send me a message or comment*
> *here and I will let you know how they go thanks @everyone".*

r.  Letty Loya Hurtado (Facebook: 100002228572552) reacted: "Letty reacted 🤑 to your message"

21.     There were also messages on BEJARANO's Facebook between BEJARANO, Tellez, and other horse racing team owners, which took place in late August 2025. BEJARANO messaged the group participants (also known as "the committee") and advertised a 300-yard race between two horses, El Chavo and El Mosky. A Facebook account bearing the name Cuadra Centenario responded requesting a thousand-dollar bet on El Chavo. Tellez responded after Cuadra Centenario's comment in Spanish, stating words to the effect, "I'll grab that." This post appeared to indicate Tellez was matching Centenario's bet of $1,000. The other participants in the conversation continue to place bets on the upcoming race by responding to BEJARANO with what horse and amount they would like.

## CONCLUSION

22.     Based on the foregoing, your Affiant submits that there is probable cause to believe BEJARANO violated 18 U.S.C. § 1955 (illegal gambling) and respectfully asks that this Court authorize an arrest warrant.

Respectfully submitted,

Jacob B. Sheridan
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me via zoom on October 15, 2025.

Honorable Debora K. Grasham
United States Magistrate Judge