AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:25-mj-00264-DKG |
| SAMUEL BEJARANO COLIN | ) | |
| Defendant | ) | |

U.S. MARSHALS SERVICE
DISTRICT OF IDAHO
OCT 1 5 2025
RECEIVED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SAMUEL BEJARANO COLIN                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1955, Prohibition of Illegal Gambling Business

Date: 10/15/25

*Issuing officer's signature*

City and state:   Boise, Idaho          Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* 10.15.2025 | , and the person was arrested on *(date)* 10.19.2025 |
|---|---|
| at *(city and state)* Wilder, ID | |

Date: 10.19.2025

*TMC*
*Arresting officer's signature*

Signed on behalf of arresting FBI agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: SAMUEL BEJARANO COLIN

Known aliases: 

Last known residence: 904 Oak Avenue, Apt. 44, Nyssa, Oregon 97913

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: Mexico

Date of birth: 03/07/1988

Social Security number:

Height:                              Weight:

Sex:                                 Race:

Hair:                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: